# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0250.  DONALD E. PATTERSON v. TAMMIE E. PATTERSON.**

On March 12, 2021, Donald E. Patterson (the "Husband") filed this application for discretionary appeal, seeking review of the trial court's award of alimony to his former wife, Tammie E. Patterson (the "Wife"). Upon consideration, the application is hereby DENIED.

The Wife's "Motion to Allow Filing of Out-of-Time Response" is DENIED as moot.

In addition, the Wife's "Motion for Attorney's Fees," which was incorporated into her filed Response, is DENIED. See Court of Appeals Rule 41 (b) (providing that "[n]o motions . . . shall be filed in the body of briefs, applications, or responses to applications"); *Harden v. Young*, 268 Ga. App. 619, 620 (606 SE2d 6) (2004) (denying consideration of motion seeking frivolous appeal sanctions because it was improperly filed in violation of Rule 41 (b)).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/31/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.